**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-2115**

_____

DERRICK ALLEN,

        Plaintiff - Appellant,

    v.

GOVERNOR ROY COOPER; ROY LEE GUY; LAURA DIAN LOEWE; THE
OFFICE OF EXECUTIVE CLEMENCY,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:19-cv-00794-TDS-LPA)

_____

Submitted:  February 17, 2022           Decided:  February 22, 2022

_____

Before AGEE and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Derrick Michael Allen, Sr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Allen appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Allen's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Cooper*, No. 1:19-cv-00794-TDS-LPA (M.D.N.C. Sept. 29, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*